IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WALID H. ABDULLA,                          |
                                           |
    Plaintiff,             |
                                           |
v.                                         |    CASE NO._____
                                           |
MERRICK B. GARLAND, Attorney               |
General of the United States,              |
FEDERAL BUREAU OF PRISONS, DR.             |
WILLIAM WATSON, JOHN DOE, and JANE         |
DOE,                                       |
                                           |
    Defendants.            |
_____|

## COMPLAINT AT LAW

NOW COMES PLAINTIFF, WALID H. ABDULLA, through his attorney, ANDERSON LAW, LLC, and complains of medical malpractice and negligence against DEFENDANT, MERRICK B. GARLAND, Attorney General of the United States, DEFENDANT, FEDERAL BUREAU OF PRISONS, DEFENDANT, DR. WILLIAM WATSON, DEFENDANT, JOHN DOE, and DEFENDANT, JANE DOE. In support thereof, Plaintiff states as follows:

### INTRODUCTION

1.    This complaint arises out of damages related to the Plaintiff's numerous chronic and acute injuries and aliments while in the custody of the United States.

### IDENTIFICATION OF PARTIES, JURISDICTION, VENUE, AND SERVICE

2.    Plaintiff incorporates and re-alleges paragraph one (1) as if fully set out herein.

3.    At all times material to this Complaint, it is believed that all facts and circumstances giving rise to this Complaint occurred in Pahrump, Nevada; Lompoc, California; and Chicago, Illinois.

4.    At the time of this Complaint Plaintiff, Walid H. Abdulla (hereinafter "Plaintiff"), was a resident of the Village of Orland Park, Cook County, Illinois; and can be served with any and all documents related to this Complaint through its attorney: Anderson Law, LLC, PO Box 408642, Chicago, Illinois, 60640.

5.    Defendant, Merrick B. Garland, Attorney General of the United States (hereinafter "Defendant Attorney General"), served

by appointment in the Department of Justice. Defendant Attorney General is the head of the Department of Justice and is responsible for the operation, policies, practices, maintenance, and/or management of federal jails and prisons. Defendant Attorney General can be served with this Complaint at the Department of Justice in Washington D. C.

6. Defendant Attorney General is being sued in its official capacity. Defendant Attorney General works collaboratively with Defendant, Federal Bureau of Prisons, and/or Defendant, Dr. William Watson to provide medical care to the inmates of the federal prison system. Defendant Attorney General is responsible under respondeat superior for the conduct of its employees and/or agents.

7. Defendant, Federal Bureau of Prisons (hereinafter "Defendant Federal Prison"), is responsible for the operation, policies, practices, maintenance, and/or management of federal jails and prisons. Defendant Federal Prison can be served with this Complaint at the Department of Justice in Washington D. C.

8. Defendant Federal Prison is being sued in its official capacity. Defendant Federal Prison works collaboratively with Defendant Attorney General, and/or Defendant, Dr. William Watson to provide medical care to the inmates of the federal prison system. Defendant Federal Prison is responsible under respondeat superior for the conduct of its employees and/or agents.

9. Defendant, Dr. William Watson (hereinafter "Defendant Watson"), is and/or was an employee and/or agent and/or independent contractor of Defendant Attorney General and/or Defendant Federal Prison and a licensed medical doctor. Defendant Watson is being sued in his individual capacity. At the time of the incident in this complaint Defendant Watson was engaged in the complained of conduct while acting within his rights and privileges as a licensed medical doctor, rights and privileges granted by Defendant Attorney General and/or Defendant Federal Prison, and under color of state law. Plaintiff does not have a service address for this Defendant at this time.

10. Defendant John Doe is and/or was an employee and/or agent and/or independent contractor of Defendant Attorney General and/or Defendant Federal Prison and a licensed medical professional. At the time of the incident in this complaint Defendant John Doe was engaged in the complained of conduct while acting within his/her rights and privileges as a licensed medical professional, rights and privileges granted by Defendant Attorney General and/or Defendant Federal Prison, and under color of state law.

11. Defendant Jane Doe is and/or was an employee and/or agent and/or independent contractor of Defendant Attorney General

and/or Defendant Federal Prison and a licensed medical professional. At the time of the incident in this complaint Defendant Jane Doe was engaged in the complained of conduct while acting within his/her rights and privileges as a licensed medical professional, rights and privileges granted by Defendant Attorney General and/or Defendant Federal Prison, and under color of state law.

12. Venue is proper in the Northern District of Illinois pursuant to federal statute 28 U.S. Code § 1402(a)(2) as the Plaintiff resides in Cook County, Illinois.

## FACTUAL ALLEGATIONS

13. Plaintiff incorporates and re-alleges paragraphs one (1) through twelve (12), as if fully set out herein.

14. In March, 2017, Plaintiff was taken into custody by the United States Marshal Service.

15. At the time Plaintiff was detained he had a history of glaucoma.

16. Plaintiff complained to jail staff and medical staff that he had not been given his prescribed eye drops.

17. Plaintiff also complained to his then attorney Federal Public Defender Raquel Lazo; and she tried to get the U.S. Marshals to get Plaintiff to a doctor before she was ultimately discharged.

18. Defendant Watson noted that Plaintiff did not comply with his orders and was "feigning illness;" and therefore stopped Plaintiff's medication.

19. As a result of not having his medication Plaintiff fell and suffered injuries, including a broken hand.

## COUNT I
## MEDICAL MALPRACTICE

20. Plaintiff incorporates and re-alleges paragraph one (1) as if fully set out herein.

21. Defendants breached their duty of professional care
      1. not supplying Plaintiff with eye drops
      2. stopping Plaintiff's medication suddenly
      3. not providing Plaintiff with proper diet.

22. As a result of these action Plaintiff suffered a loss of sight, broken hand, and unnecessary pain and suffering.

WHEREFORE PLAINTIFF WALID H. ABDULLA prays this Honorable Court enter judgment against all Defendants for his injuries; and any other relief the Court finds just and proper.

Respectfully submitted,

_____
Attorney for Plaintiff

Walter Anderson
Anderson Law, LLC
PO Box 408642
Chicago, IL 60640
P: 312 785 7869
F: 312 277 9091

Walter Anderson
Anderson Law, LLC